**WAHLBORG et al. v. AMERICAN S. S. CO. et al.**

**THE ROOSEVELT.**

United States District Court
S. D. New York.
April 18, 1938.

DeForest, Cullom & Elder, New York City, for libellants.

PATTERSON, District Judge.

Motion granted, to extent that libellants must plead authority to represent other claimants.